**Order entered January 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01190-CV

**JAMES MCCOLLUM AND FRANK D. MCCOLLUM III, Appellants**

**V.**

**U.S. BANK NATIONAL ASSOCIATIONS LEGAL TITLE TRUSTEE, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03726-C**

## ORDER

The reporter's record in this case is past due. By postcard dated October 31, 2019, we notified Janet Wright, Official Court Reporter for County Court at Law No 3, that the reporter's record was overdue and directed her to file the reporter's record within ten days. To date, the reporter's record has not been filed and Ms. Wright has not corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Janet Wright, to file, within **THIRTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellants have not paid for or made arrangements to pay for the reporter's record and are not entitled to proceed without payment of costs. *We notify appellants that if we receive verification they have not requested the reporter's record or are not entitled to*

*proceed without payment of costs and have not paid for or made arrangements to pay for the*

*reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R.

App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE